JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **PENI KAPESI JR.,** | ) |
| Plaintiff, | ) Case No. EDCV 16-64 AJW |
| v. | ) **J U D G M E N T** |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for an award of benefits consistent with the memorandum of decision.

March 30, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge